# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVEON GWIN, | ) Case No. CV 11-2814 PA (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| M.D. BITER, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Petitioner's Request to Hold Proceedings in Abeyance.

DATED: _June 8, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE